# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In Re: ) | |
| ) | |
| David J. Rice, *Debtor/Movant* ) | Case No. 18-40777-705 |
| ) | |
| vs. ) | Chapter: 7 |
| ) | |
| Bayview Loan Servicing, LLC., *Creditor/Respondent* ) | |

## CREDITOR'S LIMITED OBJECTION TO MOTION TO SELL

COMES NOW Bayview Loan Servicing, LLC, through its counsel, Wendee Elliott-Clement, Daniel A. West, and Lisa C. Billman, of the firm of SouthLaw, P.C. and responds to the Motion to Sell Property (doc 36) as follows:

1. Creditor notes the Motion to Sell references a number of exhibits, including an alleged letter of consent from the Creditor, but fails to upload the exhibits with the Motion.

2. Creditor requests time to review the loan file and obtain a copy of the documents referenced as Exhibits in the Trustee's Motion. Generally, Creditor will only agree to allow a Property to be sold if its lien attaches to the proceeds from the sale and its claim is paid in full.

3. Creditor will forward a payoff to Debtor's Trustee upon request.

WHEREFORE, Creditor, Bayview Loan Servicing, LLC, its subsidiaries, affiliates, predecessors in interests, successors or assigns, requests this Court to enter the Trustee's Motion to Sell, with the condition that Creditor's lien will be paid in full by the proceeds from sale of property.

SOUTHLAW, P.C.
 /s/ Lisa C. Billman
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Daniel A. West (MBE #48812; EDMO #98415; KSFd #70587)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Lisa C. Billman (MBE #64535, KS #25177)
13160 Foster Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
moedbknotices@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 210122
Case No: 18-40777-705

## **CERTIFICATE OF MAILING/SERVICE**

I certify that a true and correct copy of the foregoing document was filed electronically on September 17, 2019, with the United States Bankruptcy Court, and has been served on the parties in interest via email by the Court's CM/ECF System as list on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to the parties listed below on September 17, 2019.


David J. Rice
2105 Foggy Bottom Drive
Florissant, MO  63031
**DEBTOR**


SOUTHLAW, P.C.
 _/s/ Lisa C. Billman_____  _____
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Daniel A. West (MBE #48812; EDMO #98415; KSFd #70587)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Lisa C. Billman (MBE #64535, KS #25177)
13160 Foster Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
moedbknotices@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 210122
Case No: 18-40777-705