# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In Re: ) | |
| ) | |
| David J. Rice, *Debtor* ) | |
| ) | Case No. 18-40777-705 |
| Bayview Loan Servicing, LLC., *Creditor* ) | |
| ) | Chapter: 7 |
| vs. ) | |
| ) | |
| David J. Rice, *Debtor* ) | |
| ) | |
| and ) | |
| ) | |
| Tracy A. Brown, *Trustee* ) | |

## NOTICE OF WITHDRAWAL OF LIMITED OBJECTION TO MOTION TO SELL

Bayview Loan Servicing, LLC., ("Creditor"), and gives notice of its withdrawal of the Limited Objection to Motion to Sell filed on September 17, 2019.

SOUTHLAW, P.C.
    /s/Lisa C. Billman
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Daniel A. West (MBE #48812; EDMO #98415; KSFd #70587)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Lisa C. Billman (MBE #64535, KS #25177)
13160 Foster Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
moedbknotices@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 210122
Case No: 18-40777-705

## **CERTIFICATE OF MAILING/SERVICE**

I certify that a true and correct copy of the foregoing document was filed electronically on November 1, 2019, with the United States Bankruptcy Court, and has been served on the parties in interest via email by the Court's CM/ECF System as list on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to the parties listed below on November 1, 2019.


David J. Rice
2105 Foggy Bottom Drive
Florissant, MO  63031
**DEBTOR**


SOUTHLAW, P.C.
 /s/ Lisa C. Billman
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Daniel A. West (MBE #48812; EDMO #98415; KSFd #70587)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Lisa C. Billman (MBE #64535, KS #25177)
13160 Foster Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
moedbknotices@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 210122
Case No: 18-40777-705